B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

### INVOLUNTARY PETITION

| | |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Jacoby & Meyers - Bankruptcy, LLP | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>Macey Bankruptcy Law, P.C.<br>Macey & Aleman<br>Legal Helpers, P.C. |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>45-5446817 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>420 Lexington Avenue, Suite 2132, New York, NY 10170 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>New York<br>ZIP CODE<br>10170 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
c/o Commercial Recovery Assoc., 205 W. Wacker Dr., Ste. 1818, Chicago, IL 60606, Attn: Robert P. Handler, Assignee

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✔ Chapter 7         ☐ Chapter 11

---

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**Nature of Debts**
(Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
✔ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
✔ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
✔ Other
   Law Firm

---

**VENUE**

✔ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

✔ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

---

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Macey Bankruptcy Law, P.C. | Case Number<br>14-_____ | Date<br>03/14/2014 |
|---|---|---|
| Relationship<br>Affiliate | District<br>U.S. Bankruptcy Court, SDNY | Judge<br>N/A |

---

**ALLEGATIONS**
**(Check applicable boxes)**

COURT USE ONLY

1. ✔ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✔ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ✔ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** Jacoby & Meyers – Ban

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____   *Lisa J. Kristal*
Signature of Petitioner or Representative (State title)
Lisa J. Kristal
Name of Petitioner          Date Signed *3/13/14*

Name & Mailing
Address of Individual        Lisa J. Kristal
Signing in Representative     57 Second Avenue
Capacity                     New York, NY 10003

x _____   *Fred Stevens*   *3/14/2014*
Signature of Attorney                         Date
Fred Stevens - Klestadt & Winters, LLP
Name of Attorney Firm (If any)
570 Seventh Avenue, 17th Floor, New York, NY 10018
Address
(212) 972-3000
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Renee F. Frank
Name of Petitioner          Date Signed

Name & Mailing
Address of Individual        Renee F. Frank
Signing in Representative     21 School Street
Capacity                     Metuchen, NJ 08840

x _____
Signature of Attorney                         Date
Fred Stevens - Klestadt & Winters, LLP
Name of Attorney Firm (If any)
570 Seventh Avenue, 17th Floor, New York, NY 10018
Address
(212) 972-3000
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Wm. Ward Saxton
Name of Petitioner          Date Signed

Name & Mailing
Address of Individual        Wm. Ward Saxton
Signing in Representative     P.O. Box 383
Capacity                     Woodbridge, NJ 07095

x _____
Signature of Attorney                         Date
Fred Stevens - Klestadt & Winters, LLP
Name of Attorney Firm (If any)
570 Seventh Avenue, 17th Floor, New York, NY 10018
Address
(212) 972-3000
Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Lisa J. Kristal, 57 Second Ave., #33, New York, NY 10003 | Service Invoice | 625.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Renee F. Frank, 21 School Street, Metuchen, NJ 08840 | Service Invoice | 1,025.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Wm. Ward Saxton, P.O. Box 383, Woodbridge, NJ 07095 | Service Invoice | 1,725.00 |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,375.00 |

X   continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

Name of Debtor  Jacoby & Meyers - Ban

Case No. _____

---

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____ Date _____ |
|---|---|
| Signature of Petitioner or Representative (State title) Lisa J. Kristal | Signature of Attorney Fred Stevens - Klestadt & Winters, LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) 570 Seventh Avenue, 17th Floor, New York, NY 10018 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Lisa J. Kristal 57 Second Avenue New York, NY 10003 | Address (212) 972-3000 Telephone No. |

| x _Renée Frank_    3/13/14 | x _[signature]_    3/14/2014 Date |
|---|---|
| Signature of Petitioner or Representative (State title) Renee F. Frank | Signature of Attorney Fred Stevens - Klestadt & Winters, LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) 570 Seventh Avenue, 17th Floor, New York, NY 10018 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Renee F. Frank 21 School Street Metuchen, NJ 08840 | Address (212) 972-3000 Telephone No. |

| x _____ | x _____ Date _____ |
|---|---|
| Signature of Petitioner or Representative (State title) Wm. Ward Saxton | Signature of Attorney Fred Stevens - Klestadt & Winters, LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) 570 Seventh Avenue, 17th Floor, New York, NY 10018 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Wm. Ward Saxton P.O. Box 383 Woodbridge, NJ 07095 | Address (212) 972-3000 Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Lisa J. Kristal, 57 Second Ave., #33, New York, NY 10003 | Service Invoice | 625.00 |
| Renee F. Frank, 21 School Street, Metuchen, NJ 08840 | Service Invoice | 1,025.00 |
| Wm. Ward Saxton, P.O. Box 383, Woodbridge, NJ 07095 | Service Invoice | 1,725.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,375.00 |

_X_  continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor**  Jacoby & Meyers - Ban

**Case No.** _____

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>**Signature of Petitioner or Representative (State title)**<br>Lisa J. Kristal | x_____<br>**Signature of Attorney**                    Date<br>Fred Stevens - Klestadt & Winters, LLP |
| **Name of Petitioner**              Date Signed | **Name of Attorney Firm (If any)**<br>570 Seventh Avenue, 17th Floor, New York, NY 10018 |
| **Name & Mailing**<br>**Address of Individual**       Lisa J. Kristal<br>**Signing in Representative**    57 Second Avenue<br>**Capacity**                          New York, NY 10003 | **Address**<br>(212) 972-3000<br>**Telephone No.** |
| x_____<br>**Signature of Petitioner or Representative (State title)**<br>Renee F. Frank | x_____<br>**Signature of Attorney**                    Date<br>Fred Stevens - Klestadt & Winters, LLP |
| **Name of Petitioner**              Date Signed | **Name of Attorney Firm (If any)**<br>570 Seventh Avenue, 17th Floor, New York, NY 10018 |
| **Name & Mailing**<br>**Address of Individual**       Renee F. Frank<br>**Signing in Representative**    21 School Street<br>**Capacity**                          Metuchen, NJ 08840 | **Address**<br>(212) 972-3000<br>**Telephone No.** |
| x___*Wm. Ward Saxton*_____<br>**Signature of Petitioner or Representative (State title)**<br>Wm. Ward Saxton | x___*(signature)*_____  3/14/2014<br>**Signature of Attorney**                    Date<br>Fred Stevens - Klestadt & Winters, LLP |
| **Name of Petitioner**              Date Signed | **Name of Attorney Firm (If any)**<br>570 Seventh Avenue, 17th Floor, New York, NY 10018 |
| **Name & Mailing**<br>**Address of Individual**       Wm. Ward Saxton<br>**Signing in Representative**    P.O. Box 383<br>**Capacity**                          Woodbridge, NJ 07095 | **Address**<br>(212) 972-3000<br>**Telephone No.** |

| PETITIONING CREDITORS | | |
|---|---|---|
| **Name and Address of Petitioner**<br>Lisa J. Kristal, 57 Second Ave., #33, New York, NY 10003 | **Nature of Claim**<br>Service Invoice | **Amount of Claim**<br>625.00 |
| **Name and Address of Petitioner**<br>Renee F. Frank, 21 School Street, Metuchen, NJ 08840 | **Nature of Claim**<br>Service Invoice | **Amount of Claim**<br>1,025.00 |
| **Name and Address of Petitioner**<br>Wm. Ward Saxton, P.O. Box 383, Woodbridge, NJ 07095 | **Nature of Claim**<br>Service Invoice | **Amount of Claim**<br>1,725.00 |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | **Total Amount of Petitioners'**<br>**Claims**<br>3,375.00 |

x_____   continuation sheets attached

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Andrew Magdy_ <br> Signature of Petitioner or Representative (State title) <br><br> The Law Office of Andrew Magdy, LLC            _3/13/2014_ <br> Name of Petitioner                Date Signed <br><br> Name & Mailing          Andrew Magdy <br> Address of Individual    2702 Macklind Avenue <br>                          St. Louis, MO 63139 <br><br> Signing in Representative <br> Capacity | x _Ted Stes_                    _3/14/2014_ <br> Signature of Attorney Date <br><br> Fred Stevens - Klestadt & Winters, LLP <br> Name of Attorney Firm (If any) <br><br> 570 Seventh Avenue, 17th Floor, New York, NY 10018 <br> Address <br><br> (212) 972-3000 <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br><br> The Law Offices of Steven Long, LLC _____ <br> Name of Petitioner                Date Signed <br><br> Name & Mailing          The Law Offices of Steven Long, LLC <br> Address of Individual    106 W. 11th Street, Suite 1129 <br>                          Kansas City, MO 64105 <br>                          Attn: Steven Long <br><br> Signing in Representative <br> Capacity | x _____ <br> Signature of Attorney Date <br><br> Fred Stevens - Klestadt & Winters, LLP <br> Name of Attorney Firm (If any) <br><br> 570 Seventh Avenue, 17th Floor, New York, NY 10018 <br> Address <br><br> (212) 972-3000 <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br><br> LegalZoom.com Inc.          _____ <br> Name of Petitioner                Date Signed <br><br> Name & Mailing          LegalZoom.com Inc. <br> Address of Individual    c/o Resch Polster & Berger LLP <br>                          1840 Century Park East, 17th Floor <br>                          Los Angeles, CA 90067 <br>                          Attn: Andrew V. Jablon <br><br> Signing in Representative <br> Capacity | x _____ <br> Signature of Attorney Date <br><br> Fred Stevens - Klestadt & Winters, LLP <br> Name of Attorney Firm (If any) <br><br> 570 Seventh Avenue, 17th Floor, New York, NY 10018 <br> Address <br><br> (212) 972-3000 <br> Telephone No. |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br><br>The Law Office of Andrew Magdy, LLC _____<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing        Andrew Magdy<br>Address of Individual     2702 Macklind Avenue<br>                St. Louis, MO 63139<br><br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney Date<br><br>Fred Stevens - Klestadt & Winters, LLP<br>Name of Attorney Firm (If any)<br><br>570 Seventh Avenue, 17th Floor, New York, NY 10018<br>Address<br><br>(212) 972-3000<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br><br>The Law Offices of Steven Long, LLC     3/13/14<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing        The Law Offices of Steven Long, LLC<br>Address of Individual     106 W. 11th Street, Suite 1129<br>                Kansas City, MO 64105<br>                Attn: Steven Long<br><br>Signing in Representative<br>Capacity | x_____ 3/17/2014<br>Signature of Attorney Date<br><br>Fred Stevens - Klestadt & Winters, LLP<br>Name of Attorney Firm (If any)<br><br>570 Seventh Avenue, 17th Floor, New York, NY 10018<br>Address<br><br>(212) 972-3000<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br><br>LegalZoom.com Inc.        _____<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing        LegalZoom.com Inc.<br>Address of Individual     c/o Resch Polster & Berger LLP<br>                1840 Century Park East, 17th Floor<br>                Los Angeles, CA 90067<br>                Attn: Andrew V. Jablon<br><br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney Date<br><br>Fred Stevens - Klestadt & Winters, LLP<br>Name of Attorney Firm (If any)<br><br>570 Seventh Avenue, 17th Floor, New York, NY 10018<br>Address<br><br>(212) 972-3000<br>Telephone No. |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ <br> Signature of Petitioner or Representative (State title) | x_____ <br> Signature of Attorney           Date |
| The Law Office of Andrew Magdy, LLC _____ <br> Name of Petitioner                    Date Signed | Fred Stevens - Klestadt & Winters, LLP <br> Name of Attorney Firm (If any) |
| Name & Mailing           Andrew Magdy <br> Address of Individual      2702 Macklind Avenue <br>                                   St. Louis, MO 63139 | 570 Seventh Avenue, 17th Floor, New York, NY 10018 <br> Address <br><br> (212) 972-3000 <br> Telephone No. |
| Signing in Representative <br> Capacity | |
| x_____ <br> Signature of Petitioner or Representative (State title) | x_____ <br> Signature of Attorney           Date |
| The Law Offices of Steven Long, LLC _____ <br> Name of Petitioner                    Date Signed | Fred Stevens - Klestadt & Winters, LLP <br> Name of Attorney Firm (If any) |
| Name & Mailing           The Law Offices of Steven Long, LLC <br> Address of Individual      106 W. 11th Street, Suite 1129 <br>                                   Kansas City, MO 64105 <br>                                   Attn: Steven Long | 570 Seventh Avenue, 17th Floor, New York, NY 10018 <br> Address <br><br> (212) 972-3000 <br> Telephone No. |
| Signing in Representative <br> Capacity | |
| x_____, VP, Legal <br> Signature of Petitioner or Representative (State title) | x_____       3/14/2014 <br> Signature of Attorney           Date |
| LegalZoom.com, Inc.           3/13/14 <br> Name of Petitioner                    Date Signed | Fred Stevens - Klestadt & Winters, LLP <br> Name of Attorney Firm (If any) |
| Name & Mailing           LegalZoom.com Inc. <br> Address of Individual      c/o Resch Polster & Berger LLP <br>                                   1840 Century Park East, 17th Floor <br>                                   Los Angeles, CA 90067 <br>                                   Attn: Andrew V. Jablon | 570 Seventh Avenue, 17th Floor, New York, NY 10018 <br> Address <br><br> (212) 972-3000 <br> Telephone No. |
| Signing in Representative <br> Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| The Law Office of Andrew Magdy, LLC<br>2702 Macklind Avenue, St. Louis, MO 63139 | Contract Damages | $50,000 |
| The Law Offices of Steven Long, LLC, Attn: Steven Long<br>106 W. 11th Street, Suite 1129, Kansas City, MO 64105 | Contract Damages | $50,000 |
| LegalZoom.com Inc., c/o Resch Polster & Berger LLP<br>1840 Century Park East, 17th Floor, Los Angeles, CA 90067<br>Attn: Andrew V. Jablon | Judgment | $1,020,796.62 |