**fUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                              :
                                                                   :       Chapter 7
JACOBY & MEYERS – BANKRUPTCY, LLP,    :
                                                                   :       Case No. 14-10641 (SCC)
                                          Debtor.         :
---------------------------------------------------------------x
In re                                                              :
                                                                   :       Chapter 7
MACEY BANKRUPTCY LAW, P.C.,               :
a/k/a MACEY & ALEMAN,                          :       Case No. 14-10642 (SCC)
f/k/a LEGAL HELPERS, P.C.,                      :
                                                                   :
                                          Debtor.         :
---------------------------------------------------------------x

## ORDER DENYING MOTION TO DISMISS CASE OR TRANSFER VENUE

Upon the motion, dated April 10, 2014 (the "Motion") [J&M Bankruptcy Docket No. 10] of Jacoby & Meyers – Bankruptcy, LLP ("J&M Bankruptcy") and Macey Bankruptcy Law, P.C., a/k/a Macey & Aleman, f/k/a Legal Helpers, P.C. (collectively, the "Alleged Debtors") for an order dismissing these involuntary cases (collectively, the "Bankruptcy Cases") commenced under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"), or alternatively transferring venue of these Bankruptcy Cases to the United States Bankruptcy Court for the Northern District of Illinois; and upon the memorandum of law in opposition to the Motion, dated May 20, 2014 (the "Objection") [Docket No. 12], of Lisa J. Kristal, Renée F. Frank, Wm. Ward Saxton, the Law Offices of Andrew Magdy, LLC, the Law Offices of Steven Long, LLC, and LegalZoom.com Inc. (collectively, the "Petitioning Creditors"); and upon the Alleged Debtors' response to the Objection, dated May 27, 2014 [Docket No. 13]; and a hearing having been held on the Motion on May 28, 2014 (the "Hearing"); and upon a record of the Hearing,

which is incorporated herein and made a part hereof; and after due deliberation and sufficient cause appearing therefore

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is denied.

2. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), made applicable to this case by Fed. R. Bankr. P. 1011(c) and 7012, the deadline for the Alleged Debtors to present objections or defenses to the Petitioning Creditors' request for entry of orders for relief in the Bankruptcy Cases under chapter 7 of the Bankruptcy Code is fourteen (14) days from the entry of this Order.

3. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

Dated: May 29, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE