UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                           :
                                                :    Chapter 7
JACOBY & MEYERS – BANKRUPTCY, LLP,              :
                                                :    Case No. 14-10641 (SCC)
                              Debtor.           :
---------------------------------------------------------------x

## ORDER FOR RELIEF AGAINST JACOBY & MEYERS – BANKRUPTCY, LLP

Upon the filing of the original and amended involuntary petitions (the "Involuntary Petition") [Docket Nos. 1 and 7] seeking the entry of an order for relief against Jacoby & Meyers – Bankruptcy, LLP (the "Alleged Debtor") under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and upon the summons issued to the Alleged Debtor by this Court on March 18, 2014 (the "Summons") [Docket No. 8]; and an affidavit of service having been filed with this Court [Docket No. 9] evidencing the proper service of the Summons and Involuntary Petition; and upon this Court's order, dated May 29, 2014, which, among other things, established June 12, 2014 (the "Objection Deadline") as the deadline to file an answer or objection to the Involuntary Petition [Docket No. 15]; and no objections or other responses to the Involuntary Petition having been filed or received prior to the Objection Deadline; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that an order for relief against the Alleged Debtor under Chapter 7 of the Bankruptcy Code is hereby granted.

Dated: June 16, 2014
New York, New York

                              */s/ Shelley C. Chapman*
                              HONORABLE SHELLEY C. CHAPMAN
                              UNITED STATES BANKRUPTCY JUDGE