UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

JACOBY & MEYERS – BANKRUPTCY LLP,

                Debtor.
---------------------------------------------------------------X

Chapter 7

Case No.: 14-10641 (SCC)

## ORDER TO FILE SCHEDULES AND OTHER DOCUMENTS

On consideration of the involuntary petition against the above-named debtor (the "Debtor"), an Order for Relief under chapter 7 of the Bankruptcy Code was entered on June 16, 2014.

The Debtor is ordered to file all schedules, statements, lists, and other documents that are required under the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York. For debtors having fewer than 1,000 creditors, the debtor is required to file a creditors' matrix prepared in accordance with the specifications contained in General Order M-408.  All filings shall be filed within fourteen (14) days from the date of entry of this Order.

Dated: June 19, 2014
New York, New York

                                      */s/ Shelley C. Chapman*
                                      HONORABLE SHELLEY C. CHAPMAN
                                      UNITED STATES BANKRUPTCY JUDGE