B6A (Official Form 6A) (12/07)

IN RE **Jacoby & Meyers-Bankruptcy, LLP** _____    Case No. **14-10641**
                                          Debtor(s)                                                       (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE **Jacoby & Meyers-Bankruptcy, LLP** _____  Case No. **14-10641**
                                    Debtor(s)                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **On December 30, 2013, Debtor ceased operations and executed trust agreements and assignments for the benefit of creditors transferring all of its assets to the Trust and appointed Robert P. Handler as assignee and trustee of the Trusts. As a result, Debtor had no assets as the date of the Order for Relief was entered.** | | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP
_____ Case No. **14-10641**
Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                                    Case No. **14-10641**
_____                                    _____
                    Debtor(s)                                                       (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 0.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

**B6C (Official Form 6C) (04/13)**

**IN RE** Jacoby & Meyers-Bankruptcy, LLP _____    Case No. **14-10641**
_____ Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                                    Case No. **14-10641**
_____                                              _____
Debtor(s)                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Thirty-Ninth Street, LLC f/k/a Tom's LLC c/o Asiaciti Trust Pacific Limited Level 2, BCI House Rarotonga, Cook Islands,** | | | **Promissory note dated November 28, 2012 ($375,000) and February 7, 2013 ($250,000)**<br><br>VALUE $ | | | | **625,000.00** | **625,000.00** |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **625,000.00** | $ **625,000.00** |
| Total<br>(Use only on last page) | $ **625,000.00** | $ **625,000.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

**IN RE** Jacoby & Meyers-Bankruptcy, LLP _____    Case No. **14-10641**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                                      Case No. **14-10641**
_____
                    Debtor(s)                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**100 N Brand LLC**<br>**100 N Brand Blvd # 200**<br>**Glendale, CA 91203-2642** | | | **2013 Real estate service** | | | | **4,485.00** |
| ACCOUNT NO.<br><br>**12th & Grand Redevelopment Corporation**<br>**1125 Grand Blvd Ste 100**<br>**Kansas City, MO 64106-2503** | | | **2013 Unpaid rent** | | | | **16,894.01** |
| ACCOUNT NO.<br><br>**1440 W. North Avenue LLC c/o RBII, Inc.**<br>**1440 W North Ave**<br>**Melrose Park, IL 60160-1422** | | | **2013 Unpaid rent** | | | | **3,289.91** |
| ACCOUNT NO.<br><br>**1700 N. Farnsworth Building Partnership**<br>**1700 N Farnsworth Ave # 11**<br>**Aurora, IL 60505-1186** | | | **2013 Unpaid rent** | | | | **6,200.00** |

_____**45**_____ continuation sheets attached

Subtotal
(Total of this page)    $    **30,868.92**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                                    Case No. **14-10641**
_____                                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**1st Source Bank**<br>**100 N Michigan St**<br>**South Bend, IN  46601-1630** | | | **2013 Business bank loan** | | | | **11,881.17** |
| ACCOUNT NO.<br>**2013-401K Safe Harbor Match Liability**<br>**Carnow & Associates, Ltd.**<br>**778 W Frontage Rd Ste 101**<br>**Northfield, IL  60093-1209** | | | | | | | **70,000.00** |
| ACCOUNT NO.<br>**233 S WACKER LLC**<br>**PO Box 3085**<br>**Hicksville, NY  11802-3085** | | | Account No. 2744061249 ($980.00); 2744061249 ($200,000.00);  2744061249 ($980.00) | | | | **201,960.00** |
| ACCOUNT NO.<br>**250 Plaza Office Building**<br>**Colliers International Attn: Accounting**<br>**1243 N 10th St Ste 300**<br>**Milwaukee, WI  53205-2559** | | | **2013 Unpaid rent** | | | | **7,632.84** |
| ACCOUNT NO.<br>**428 Associates, LP**<br>**2870 Gateway Oaks Dr Ste 110**<br>**Sacramento, CA  95833-4324** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**5325 Wall St., LLC**<br>**c/o T. Walls Properties**<br>**PO Box 8858**<br>**Milwaukee, WI  53288-0585** | | | **2013 Unpaid rent** | | | | **5,050.44** |
| ACCOUNT NO.<br>**A2Z Credit Repair, LLC**<br>**Attn: Steve Crosby**<br>**9741 Bolsa Ave Ste 216**<br>**Westminster, CA  92683-6693** | | | | | | | **1,680.00** |

Sheet no. **1** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **298,204.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                    Case No. **14-10641**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AAC Property Management, LLC**<br>**1278 Jungermann Rd Ste F**<br>**Saint Peters, MO  63376-6964** | | | 2013 Unpaid rent | | | | 2,000.00 |
| ACCOUNT NO.<br>**Abby Office Centers, Congress L.P.**<br>**2 E Congress St Ste 900**<br>**Tucson, AZ  85701-1722** | | | 2013 Unpaid rent | | | | 3,066.41 |
| ACCOUNT NO.<br>**ABM Parking Services**<br>**4000 N Central Ave # 1750**<br>**Phoenix, AZ  85012-3511** | | | | | | | 842.38 |
| ACCOUNT NO.<br>**Abraham Law Firm, LLC**<br>**PO Box 1797**<br>**Denver, CO  80201-1797** | | | | | | | 650.00 |
| ACCOUNT NO.<br>**Acacia Executive Services**<br>**20955 Pathfinder Rd Ste 100**<br>**Diamond Bar, CA  91765-4029** | | | | | | | 3,403.69 |
| ACCOUNT NO.<br>**Access Information Protected**<br>**PO Box 4837**<br>**Hayward, CA  94540-4837** | | | | | | | 398.50 |
| ACCOUNT NO.<br>**Accuconference**<br>**FlexJobs Corporation**<br>**548 Market St Ste 23790**<br>**San Francisco, CA  94104-5401** | | | | | | | 355.10 |

Sheet no. **2** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **10,716.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jacoby & Meyers-Bankruptcy, LLP

Debtor(s)

Case No. **14-10641**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Adam Kelly** <br> **AK & Computer Consulting, LLC** <br> **4435 W Saginaw Hwy Ste 101** <br> **Lansing, MI  48917-2757** | | | | | | | 500.00 |
| ACCOUNT NO. <br> **AG 101 North First 21 West Van Buren LLC** <br> **c/o Parallel Capital Partners LP** <br> **PO Box 54350** <br> **Los Angeles, CA  90054-1001** | | | **2013 Unpaid rent** | | | | 23,553.03 |
| ACCOUNT NO. <br> **ALHAMBRA** <br> **PO Box 660579** <br> **Dallas, TX  75266-0579** | | | Account No. 272255011550552 ($70.31 ); 2837682755 0402 ( $110.54) | | | | 180.85 |
| ACCOUNT NO. <br> **Amanda Doyle** <br> **3359 Pine Run Dr** <br> **Swartz Creek, MI  48473-8636** | | | | | | | 75.00 |
| ACCOUNT NO. <br> **Ameren Illinois** <br> **PO Box 66884** <br> **Saint Louis, MO  63166-6884** | | | | | | | 61.89 |
| ACCOUNT NO. **3373** <br> **American Executive Centers** <br> **PO Box 822243** <br> **Philadelphia, PA  19182-2243** | | | **2013 Unpaid rent** | | | | 6,400.00 |
| ACCOUNT NO. <br> **American Graphics Network, Inc.** <br> **PO Box 869** <br> **Glenview, IL  60025-0869** | | | | | | | 12,607.82 |

Sheet no. **3** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **43,378.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP        Case No. **14-10641**
<br>_____
<br>Debtor(s)       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **American Solution For Business** <br> **8479 Solutions Ctr** <br> **Chicago, IL  60677-8004** | | | | | | | **2.85** |
| ACCOUNT NO. <br> **AMG Business Centers** <br> **800 E Ellis Rd Ste 549** <br> **Norton Shores, MI  49441-5646** | | | 2013 Unpaid rent | | | | **1,369.51** |
| ACCOUNT NO. <br> **Amicus Media, LLC & Bryan Harris** <br> **Attention: Rene Hertsberg** <br> **655 W Irving Park Rd Apt 5301** <br> **Chicago, IL  60613-6308** | | | NOTICE ONLY <br> Re: MACEY BANKRUPTCY LAW, P.C., v. AMICUS MEDIA, LLC | | | X | **NOTICE ONLY** |
| ACCOUNT NO. <br> **Anderson & Associates, LLC** <br> **Attention: Nicole Anderson, Esq.** <br> **1650 11th Ave SW Ste 203** <br> **Forest Lake, MN  55025-2106** | | | | | | | **605.58** |
| ACCOUNT NO. <br> **Andrew H. Haas, Attorney at Law** <br> **PO Box 461960** <br> **Los Angeles, CA  90046-8960** | | | | | | | **12,520.00** |
| ACCOUNT NO. <br> **ARROWHEAD** <br> **PO Box 856158** <br> **Louisville, KY  40285-6158** | | | | | | | **80.05** |
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 105414** <br> **Atlanta, GA  30348-5414** | | | NOTICE ONLY | | | | **NOTICE ONLY** |

Sheet no. **4** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **14,577.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                    Case No. **14-10641**
_____
                Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 5014** <br> **Carol Stream, IL  60197-5014** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 5001** <br> **Carol Stream, IL  60197-5001** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 5025** <br> **Carol Stream, IL  60197-5025** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 5080** <br> **Carol Stream, IL  60197-5080** | | | **2013 Utilities** <br> Account No. 219 769-0802 520 6 ($337.54); 219 769-6877 556 7 ($124.69); 248 353-3101 510 1 ($324.80);  414 224-5204 272 6 (111.76); 574 233-8283 025 2 ( $92.19);  574 234-0411 004 7 ($581.32); 608 249-3306 193 8 ( $293.05); 847 619-7311 761 7 ($494.23); 920 430-1318 2019 ( $338.17); 920 469-0585 735 2 ( $39.71); 937 643-3334 343 5 ($508.44); 408 971-9351 383 6 ($146.77); 415 986-1850 923 ( $85.64); 415 986-2005 996 8 ($85.64);  510 465 2062 399 ($222.92); 714 545-2540 238 7 ($518.38 ); 916 444-8518 287 2 ($304.72 ); 951 637-0354 905 7 ($260.82); 415 986-1850 9230 ($85.00); 106996103 ($140.00) ; | | | | **6,929.13** |
| ACCOUNT NO. | | | ($282.89); 119999460 ($80); 407 894-3711 001 3146 ($86.07); 407 245-1033 003 3144 ($560.26);  954 923-8680 001 1800 ($315.93); 510 465 2062 399 ($222.92) | | | | |
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 5025** <br> **Carol Stream, IL  60197-5025** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 5025** <br> **Carol Stream, IL  60197-5025** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |

Sheet no. **5** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **6,929.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                    Case No. **14-10641**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 5080** <br> **Carol Stream, IL  60197-5080** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 5014** <br> **Carol Stream, IL  60197-5014** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **AT&T** <br> **PO Box 105262** <br> **Atlanta, GA  30348-5262** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. **9957** <br> **AT&T MOBILITY** <br> **PO Box 6463** <br> **Carol Stream, IL  60197-6463** | | | **2013 Utility** | | | | **1,359.24** |
| ACCOUNT NO. <br> **AttorneyBoost.COM** <br> **8275 S Eastern Ave Ste 200-559** <br> **Las Vegas, NV  89123-2591** | | | | | | | **1,300.00** |
| ACCOUNT NO. <br> **August Bullock** <br> **2059 Camden Ave PMB 124** <br> **San Jose, CA  95124-2024** | | | | | | | **285.00** |
| ACCOUNT NO. <br> **B&B Realty North** <br> **Bommarito Business Center** <br> **320 Brookes Dr Ste 223** <br> **Hazelwood, MO  63042-2740** | | | **2013 Unpaid rent** | | | | **2,144.00** |

Sheet no. ___**6**___ of ___**45**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,088.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP      Case No. **14-10641**
_____
Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BANK TOWER, LLC - banktowe-913-s-913**<br>**PO Box 1006**<br>**Lafayette, IN  47902-1006** | | | **2013 Unpaid rent** | | | | 10,243.89 |
| ACCOUNT NO.<br>**Barbara Fleenor**<br>**c/o Christopher A. Cosper, Esq.**<br>**PO Box 1564**<br>**Augusta, GA  30903-1564** | | | NOTICE ONLY<br>**Litigation- Claims for alleged improprieties in conducting business and wrongs to consumers** | | | X | NOTICE ONLY |
| ACCOUNT NO.<br>**Bei Bei Que**<br>**1911 Landings Dr**<br>**Mountain View, CA  94043-0801** | | | NOTICE ONLY<br>Re: MACEY BANKRUPTCY LAW, P.C., v. AMICUS MEDIA, LLC | | | X | NOTICE ONLY |
| ACCOUNT NO.<br>**BellahPerez, PLLC**<br>**5622 W Glendale Ave**<br>**Glendale, AZ  85301-2525** | | | | | | | 2,955.20 |
| ACCOUNT NO.<br>**Blue Cross Blue Shield Health Care Service Corporation**<br>**25551 Network Pl**<br>**Chicago, IL  60673-1255** | | | **2013 Health care services** | | | | 24,127.58 |
| ACCOUNT NO.<br>**Bourse Tower Associates L.P.**<br>**c/o Kaiserman Company Inc**<br>**201 S 18th St Ofc 300**<br>**Philadelphia, PA  19103-5957** | | | **2013 Unpaid rent** | | | | 83,729.57 |
| ACCOUNT NO.<br>**Brandonview LLC**<br>**515 Olive St Ste 106**<br>**Saint Louis, MO  63101-1831** | | | **2013 Unpaid rent** | | | | 9,874.08 |

Sheet no. **7** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **130,930.32**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP

Debtor(s)

Case No. **14-10641**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Brenda Ptacin** <br> **1275 Glenlivet Dr Ste 100** <br> **Allentown, PA  18106-3107** | | | | | | | 2,143.20 |
| ACCOUNT NO. <br> **Brigid Capital LLC** <br> **11950 S Harlem Ave** <br> **Palos Heights, IL  60463-1150** | | | **2013 Unpaid rent** | | | | 800.00 |
| ACCOUNT NO. <br> **BTV Development, LP** <br> **2870 Gateway Oaks Dr Ste 110** <br> **Sacramento, CA  95833-4324** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **BullsEye Telecom, Inc.** <br> **c/o First Place Bank** <br> **PO Box 33025** <br> **Detroit, MI  48232-5025** | | | **2013 Utilities** | | | | 10,244.77 |
| ACCOUNT NO. <br> **BUSINESS CENTRE I - 58-265-CU** <br> **949 S Coast Dr Ste 600** <br> **Costa Mesa, CA  92626-7734** | | | | | | | 9,352.30 |
| ACCOUNT NO. <br> **BUSINESS RECORDS MANAGEMENT LLC - 1394** <br> **1018 Western Ave** <br> **Pittsburgh, PA  15233-2034** | | | | | | | 1,232.07 |
| ACCOUNT NO. <br> **Cappio & Gigliotti, LLP** <br> **2000 Spring Garden St Ste 1F** <br> **Philadelphia, PA  19130-3994** | | | | | | | 468.94 |

Sheet no. __8__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,241.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                              Case No. **14-10641**
_____                          _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Carl Meyers**<br>**c/o Marni Willenson, Willenson Law, LLC,**<br>**542 S Dearborn St Ste 610**<br>**Chicago, IL  60605-1574** | | | | | | | **15,000.00** |
| ACCOUNT NO.<br>**Cassie Perez**<br>**136 E Market St Ste 600**<br>**Indianapolis, IN  46204-3206** | | | | | | | **336.44** |
| ACCOUNT NO.<br>**CENTURYLINK**<br>**PO Box 29040**<br>**Phoenix, AZ  85038-9040** | | | Account No. 303-534-0219 989B ($427.67); 303-825-1750 310B ( $50.49);  602-279-5544 740B ($149.84); 309549979 ($122.09);  651 735-9051 889 ( $154.62); 719-264-0192 342B ( $530.72) | | | | **1,435.43** |
| ACCOUNT NO.<br>**CENTURYLINK**<br>**PO Box 2961**<br>**Phoenix, AZ  85062-2961** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**CENTURYLINK**<br>**PO Box 91154**<br>**Seattle, WA  98111-9254** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Charleston Holdings LLC**<br>**c/o THE REAL ESTATE GROUP**<br>**1762 Westwood Blvd # 400**<br>**Los Angeles, CA  90024-5634** | | | **2013 Unpaid rent** | | | | **78,534.79** |
| ACCOUNT NO. **4946**<br>**Charter Business**<br>**PO Box 60229**<br>**Los Angeles, CA  90060-0229** | | | | | | | **887.40** |

Sheet no. ___**9**___ of ___**45**___ continuation sheets attached to                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                     (Total of this page) | $ | **96,194.06**

                                                                                                  Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP

Case No. **14-10641**

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Christina Banyon**<br>**58 N Chicago St Ste 405**<br>**Joliet, IL  60432-4365** | | | | | | | **3,090.00** |
| ACCOUNT NO.<br>**Christopher Owen**<br>**3131 S Dixie Dr Ste 400A**<br>**Moraine, OH  45439-2249** | | | | | | | **105.68** |
| ACCOUNT NO. **5115**<br>**Cincinnati Bell**<br>**PO Box 748003**<br>**Cincinnati, OH  45274-8003** | | | **2013 Utilities** | | | | **900.00** |
| ACCOUNT NO.<br>**Cindy Tong**<br>**5852 129th Ave SE**<br>**Bellevue, WA  98006-3978** | | | | | | | **343.57** |
| ACCOUNT NO.<br>**CIT TECHNOLOGY FIN SERV, INC**<br>**21146 Network Pl**<br>**Chicago, IL  60673-1211** | | | | | | | **12,481.43** |
| ACCOUNT NO. **7325**<br>**Citrix**<br>**3010 Highland Pkwy**<br>**Downers Grove, IL  60515-5545** | | | **2013 Unpaid software services** | | | | **178.20** |
| ACCOUNT NO.<br>**City of Seattle**<br>**PO Box 34907**<br>**Seattle, WA  98124-1907** | | | | | | | **500.00** |

Sheet no. **10** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **17,598.88**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                    Case No. **14-10641**
_____                                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Clairton Corporation** <br> **4099 William Penn Hwy Ste 905** <br> **Monroeville, PA  15146-2519** | | | | | | | **11,761.20** |
| ACCOUNT NO. <br> **Cogent Communications, Inc.** <br> **PO Box 791087** <br> **Baltimore, MD  21279-1087** | | | **2013 Unpaid internet services** | | | | **17,709.71** |
| ACCOUNT NO. **8648** <br> **COMCAST** <br> **PO Box 660618** <br> **Dallas, TX  75266-0618** | | | **2013 Unpaid internet services** | | | | **284.60** |
| ACCOUNT NO. <br> **Comcast** <br> **PO Box 530099** <br> **Atlanta, GA  30353-0099** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **COMCAST CABLE** <br> **PO Box 3005** <br> **Southeastern, PA  19398-3005** | | | Account No. 09514 277948-01-9 ($354.60);  8771 40 108 0052368 ( $114.44); 8993 21 002 1269623 ( $485.98); 8220 18 890 7019475 ( $73.48);  01720 571789-01-1 ($298.29) | | | | **1,326.79** |
| ACCOUNT NO. <br> **COMCAST CABLE** <br> **PO Box 3002** <br> **Southeastern, PA  19398-3002** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **COMED** <br> **PO Box 6111** <br> **Carol Stream, IL  60197-6111** | | | Account No. 1395376030 ( $59.02); 2892384040 ( $57.09);  4074700079 ( $30.00);  5372005005 ( $535.68); 6338016056 ( $61.83); 7335538029 ( $62.48) | | | | **806.10** |

Sheet no. **11** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **31,888.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Jacoby & Meyers-Bankruptcy, LLP _____ Case No. **14-10641**
Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Commerce Plaza Business Group, LLC** <br> **c/o WestMar Property Mgmt, Inc.** <br> **41623 Margarita Rd Ste 100** <br> **Temecula, CA  92591-2989** | | | 2013 Unpaid rent | | | | 8,297.41 |
| ACCOUNT NO. <br> **Commuter Check Services Corporation** <br> **320 Nevada St Fl 4** <br> **Newton, MA  02460-1435** | | | | | | | 160.00 |
| ACCOUNT NO. **4298** <br> **Consumer Energy** <br> **530 W Willow St** <br> **Lansing, MI  48937-1000** | | | 2013 Utilities | | | | 197.61 |
| ACCOUNT NO. <br> **Credit InfoNet Inc.** <br> **4540 Honeywell Ct** <br> **Dayton, OH  45424-5760** | | | | | | | 458,603.10 |
| ACCOUNT NO. <br> **Creekside Business Center** <br> **8175 Creekside Dr Ste 200** <br> **Portage, MI  49024-5370** | | | 2013 Unpaid rent | | | | 5,700.00 |
| ACCOUNT NO. **5773** <br> **CULLIGAN WATER COMPANY OF ATLANTA** <br> **2683 Peachtree Sq** <br> **Atlanta, GA  30360-2632** | | | 2013 Utilities | | | | 22.10 |
| ACCOUNT NO. <br> **D & J Development Company** <br> **PO Box 304** <br> **Wyandotte, MI  48192-0304** | | | 2013 Unpaid rent | | | | 792.46 |

Sheet no. **12** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **473,772.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP        Case No. **14-10641**

             Debtor(s)                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **D&S Investments LLC** <br> **1789 E Bristol St** <br> **Elkhart, IN  46514-6607** | | | | | | | **1,200.00** |
| ACCOUNT NO. <br> **Dana L. Oglesby** <br> **Jackson & Oglesby Law** <br> **6520 E 82nd St Ste 101** <br> **Indianapolis, IN  46250-3589** | | | | | | | **650.00** |
| ACCOUNT NO. <br> **Daniel Murray** <br> **429 Biddle Ave** <br> **Wyandotte, MI  48192-2703** | | | | | | | **3,750.00** |
| ACCOUNT NO. <br> **Daniel W. Matern** <br> **101 E 90th Dr Ste C** <br> **Merrillville, IN  46410-7172** | | | | | | | **2,203.29** |
| ACCOUNT NO. <br> **Dargey Enterprises** <br> **PO Box 13261** <br> **Everett, WA  98206-3261** | | | | | | | **5,928.00** |
| ACCOUNT NO. <br> **Darlson Manno Limited Partnership** <br> **PO Box 21942** <br> **Eagan, MN  55121-0942** | | | 2013 Unpaid rent | | | | **1,725.00** |
| ACCOUNT NO. <br> **Darrell Oglesby** <br> **141 Old Mill Trce** <br> **Conyers, GA  30094** | | | | | | X | **Unknown** |

Sheet no. __13__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **15,456.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP        Case No. **14-10641**

         Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dave Rampsey** <br> **1749 Mallory Ln** <br> **Brentwood, TN  37027-2931** | | | | | | | 3,559.50 |
| ACCOUNT NO. <br> **David Gardner** <br> **9661 Waukegan Ave** <br> **Las Vegas, NV  89148-5744** | | | | | | | 2.56 |
| ACCOUNT NO. <br> **David Vich** <br> **PO Box 121485** <br> **San Diego, CA  92112-1485** | | | | | | | 5,320.00 |
| ACCOUNT NO. <br> **Debora Pinzur** <br> **970 Marvell Ln** <br> **Highland Park, IL  60035-3641** | | | | | | | 930.00 |
| ACCOUNT NO. **4544** <br> **DEEP ROCK** <br> **PO Box 660579** <br> **Dallas, TX  75266-0579** | | | | | | | 13.26 |
| ACCOUNT NO. **6300** <br> **DEX ONE** <br> **25364 Network Pl** <br> **Chicago, IL  60673-1253** | | | | | | | 682,806.36 |
| ACCOUNT NO. <br> **Dimensions Management Corporation** <br> **2034 N Clark St** <br> **Chicago, IL  60614-4713** | | | **2013 Unpaid rent** | | | | 10,200.00 |

Sheet no. **14** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                        (Total of this page) $ **702,831.68**

                                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP      Case No. **14-10641**
         Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **DNS Investments LLC** <br> 1789 E Bristol St <br> Elkhart, IN  46514-6607 | | | | | | | 4,800.00 |
| ACCOUNT NO. <br> **Doma & Associates, Inc.** <br> 2900 Golfside Dr Ste 1 <br> Ann Arbor, MI  48108-1410 | | | 2013 Unpaid rent | | | | 3,600.00 |
| ACCOUNT NO. <br> **Drage Debeaubien Simmons Knight Etal** <br> 332 N Magnolia Ave <br> Orlando, FL  32801-1609 | | | | | | | 159.75 |
| ACCOUNT NO. <br> **DS 1415 Houston, LLC** <br> PO Box 4737 <br> Houston, TX  77210-4737 | | | | | | | 3,630.00 |
| ACCOUNT NO. <br> **Dunegrass LLC** <br> 101 E 90th Dr Ste A <br> Merrillville, IN  46410-7172 | | | 2013 Unpaid rent | | | | 7,888.00 |
| ACCOUNT NO. <br> **Dusenbury & Associates** <br> 111 S Schuyler Ave <br> Kankakee, IL  60901-3807 | | | | | | | 300.00 |
| ACCOUNT NO. <br> **El Clarin** <br> PO Box 832677 <br> Miami, FL  33283-2677 | | | | | | | 6,168.00 |

Sheet no. **15** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ **26,545.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                                   Case No. **14-10641**
_____                                _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Elaine Niforos**<br>**2040 Somerset Blvd Apt 202**<br>**Troy, MI  48084-3903** | | | | | | | 3,450.00 |
| ACCOUNT NO.<br>**Emerald Office LLC**<br>**222 S Riverside Plz Fl 29**<br>**Chicago, IL  60606-6201** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Emerald Office LLC**<br>**166 W Washington St Ste 550**<br>**Chicago, IL  60602-3566** | | | | | | | 2,470.78 |
| ACCOUNT NO.<br>**Emily Grimes**<br>**c/o Jason E. Graeber, Esq.**<br>**2462 Pass Rd**<br>**Biloxi, MS  39531-2838** | | | **NOTICE ONLY**<br>**Litigation- Claims for alleged improprieties in conducting business and wrongs to consumers** | | | X | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Empire Bank**<br>**c/o Wilhoit Properties, Inc.**<br>**1730 E Republic Rd Ste F**<br>**Springfield, MO  65804-6519** | | | | | | | 3,980.00 |
| ACCOUNT NO.<br>**Escamilla Property's LLC**<br>**6907 W S Saginaw Rd**<br>**BAY CITY, MI  48706** | | | **2013 Unpaid rent** | | | | 2,200.00 |
| ACCOUNT NO.<br>**Evergreen Plaza Associates IV, LP**<br>**PO Box 2937**<br>**Orland Park, IL  60462-1097** | | | **2013 Unpaid rent** | | | | 3,128.66 |

Sheet no. __**16**__ of __**45**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **15,229.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP _____ Case No. **14-10641**
                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Executive East Properties, LLC**<br>**100 Maple Park Blvd Ste 104**<br>**Saint Clair Shores, MI 48081-2253** | | | 2013 Unpaid rent | | | | 24,384.00 |
| ACCOUNT NO.<br>**Executive Park Investors, Ltd.**<br>**4000 Executive Park Dr Ste 110**<br>**Cincinnati, OH 45241-2023** | | | 2013 Unpaid rent | | | | 4,012.28 |
| ACCOUNT NO.<br>**Executive Suites Of Lakeland**<br>**1102 S Florida Ave**<br>**Lakeland, FL 33803-1308** | | | 2013 Unpaid rent | | | | 538.20 |
| ACCOUNT NO.<br>**F.H. ONE, INC**<br>**Farrokh Hosseinyoun**<br>**95 Belvedere St Ste 1**<br>**San Rafael, CA 94901-4838** | | | | | | | 3,026.00 |
| ACCOUNT NO.<br>**Fauzia Makar**<br>**2901 W Busch Blvd Ste 701**<br>**Tampa, FL 33618-4569** | | | | | | | 169.93 |
| ACCOUNT NO.<br>**FedEx Billing Online**<br>**PO Box 371599**<br>**Pittsburgh, PA 15250-7599** | | | | | | | 3,000.11 |
| ACCOUNT NO.<br>**Fidelity Security Life Insurance/EyeMed**<br>**PO Box 632530**<br>**Cincinnati, OH 45263-2530** | | | 2013 Unpaid FSL/EYEMED Premiums | | | | 308.24 |

Sheet no. __17__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **35,438.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP
_____
Debtor(s)
(If known)

Case No. **14-10641**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fitch, Even, Tabin & Flannery<br>120 S La Salle St # 1600<br>Chicago, IL  60603-3402 | | | | | | | 487.00 |
| ACCOUNT NO.<br><br>FORTE LTD<br>3191 Coral Way Ste 300<br>Miami, FL  33145-3220 | | | | | | | 3,568.99 |
| ACCOUNT NO.<br><br>Fred Wehrwein PC<br>1910 Saint Joe Center Rd # 5<br>Fort Wayne, IN  46825-5000 | | | | | | | 225.00 |
| ACCOUNT NO.<br><br>Friedman Investment Mgmt. Corp<br>2870 Gateway Oaks Dr Ste 110<br>Sacramento, CA  95833-4324 | | | | | | | 4,368.34 |
| ACCOUNT NO.<br><br>Front Range Legal Process Service<br>145 W Swallow Rd<br>Fort Collins, CO  80525-2500 | | | | | | | 215.00 |
| ACCOUNT NO. 0115<br><br>FRONTIER<br>PO Box 20550<br>Rochester, NY  14602-0550 | | | | | | | 128.46 |
| ACCOUNT NO.<br><br>Gabriel Gonzalez<br>17771 SW 23rd St<br>Miramar, FL  33029-5120 | | | | | | | 700.00 |

Sheet no. **18** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,692.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                          Case No. **14-10641**
_____
Debtor(s)                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gary Kosyan**<br>**320 Brookes Dr Ste 223**<br>**Hazelwood, MO  63042-2740** | | | | | | | 1,608.00 |
| ACCOUNT NO.<br>**GLACIAL ENERGY**<br>**PO Box 1057**<br>**Sandwich, MA  02563-1057** | | | **2013 Utilities** | | | | 1,421.22 |
| ACCOUNT NO.<br>**Global IP Systems**<br>**13120 SW 92nd Ave # Bph16**<br>**Miami, FL  33176-8707** | | | | | | | 6,210.00 |
| ACCOUNT NO.<br>**Google**<br>**Google Inc Dept 34256**<br>**PO Box 39000**<br>**San Francisco, CA  94139-0001** | | | | | | | 238,557.15 |
| ACCOUNT NO.<br>**GreatAmerica Leasing Corp.**<br>**PO Box 660831**<br>**Dallas, TX  75266-0831** | | | **2013 Unpaid rent** | | | | 7,914.47 |
| ACCOUNT NO.<br>**Gregory K. Pratt**<br>**301 N Breiel Blvd**<br>**Middletown, OH  45042-3841** | | | | | | | 1,280.00 |
| ACCOUNT NO.<br>**Guillermo F. Geisse**<br>**38 Moonlit Cir**<br>**Sacramento, CA  95831-1561** | | | | | | | 900.00 |

Sheet no. **19** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **257,890.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                   Case No. **14-10641**
_____
Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **H2 Properties 104 S Cascade Ave Ste 101 Colorado Springs, CO 80903-5101** | | | 2013 Unpaid rent | | | | **691.46** |
| ACCOUNT NO. **Halverson Law Office 600 S 2nd St Mankato, MN 56001-3759** | | | | | | | **100.00** |
| ACCOUNT NO. **Hannah J. Yancy, Esq. Macey Bankruptcy Law 250 E Wisconsin Ave Ste 1510 Milwaukee, WI 53202-4231** | | | | | | | **53.40** |
| ACCOUNT NO. **Hatco Properties 2835 Belvidere Rd Ste 100 Waukegan, IL 60085-6046** | | | 2013 Unpaid rent | | | | **2,085.00** |
| ACCOUNT NO. **Hawkints Parnell Thackston & Young LLP 303 Peachtree St NE Atlanta, GA 30308-3201** | | | | | | | **26,397.08** |
| ACCOUNT NO. **Heller & Thyen 606 25th Ave S Ste 110 Saint Cloud, MN 56301-4810** | | | | | | | **100.00** |
| ACCOUNT NO. **Hertz Indianapolis One, LLC 3148 Paysphere Cir Chicago, IL 60674-0031** | | | | | | | **72,316.00** |

Sheet no. **20** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $ **101,742.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP
_____ Debtor(s) _____    Case No. **14-10641**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hinckley Springs**<br>**PO Box 660579**<br>**Dallas, TX  75266-0579** | | | **Account No. 161798312533855 ($40.82);**<br>**16179837428856 ( $873.25)** | | | | **914.07** |
| ACCOUNT NO.<br>**Hornsby & Associates**<br>**Attention: Louise Hornsby, Esq.**<br>**2016 Sandtown Rd SW**<br>**Atlanta, GA  30311-3420** | | | NOTICE ONLY<br><br>Representative of Rhonda S. McCray re: McCray v. Sauls, et al. | | | X | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Hudson Americas LLC**<br>**2711 N Haskell Ave Ste 1800**<br>**Dallas, TX  75204-2921** | | | | | | | **39,045.00** |
| ACCOUNT NO.<br>**HWY 44 Business Place, LLC**<br>**PO Box 2216**<br>**Oshkosh, WI  54903-2216** | | | **2013 Unpaid rent** | | | | **2,300.00** |
| ACCOUNT NO.<br>**iDrive**<br>**807 E Pacific Dr Ste D**<br>**American Fork, UT  84003-3132** | | | | | | | **3,679.23** |
| ACCOUNT NO.<br>**Igney Law Office**<br>**119 W Mitchell St Ste 2A**<br>**Kendallville, IN  46755-1775** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**ILEANA NODA**<br>**3191 Coral Way Ste 115**<br>**Miami, FL  33145-3219** | | | | | | | **233.96** |

Sheet no. **21** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **46,672.26**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**      Case No. **14-10641**
_____
               Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Illinois American Water**<br>**PO Box 94551**<br>**Palatine, IL  60094-4551** | | | **2013 Utilities** | | | | **18.96** |
| ACCOUNT NO.<br>**InterAx Inc.**<br>**PO Box 970695**<br>**Boca Raton, FL  33497-0695** | | | | | | | **141.96** |
| ACCOUNT NO.<br>**Investments Limited**<br>**215 N Federal Hwy Ste 1**<br>**Boca Raton, FL  33432-3928** | | | | | | | **1,113.00** |
| ACCOUNT NO.<br>**IRON MOUNTAIN**<br>**PO Box 601002**<br>**Pasadena, CA  91189-0002** | | | **Account No.  A4805 ( $974.22); CD390 ( $735.99); G4489 ( $1,440.16);  IF446 ( $444.00); IMA66 ( $592.00); J6947 ( $489.22); K440C ( $317.81);  S815J ( $416.14); X2341 ( $556.79)** | | | | **5,966.33** |
| ACCOUNT NO.<br>**IRON MOUNTAIN**<br>**PO Box 915004**<br>**Dallas, TX  75391-5004** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**IRON MOUNTAIN**<br>**PO Box 27128**<br>**New York, NY  10087-7128** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**IRON MOUNTAIN**<br>**PO Box 601002**<br>**Pasadena, CA  91189-0002** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |

Sheet no. **22** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal
     (Total of this page)   $ **7,240.25**

              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                              Case No. **14-10641**
_____                          _____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IVC Dayton, LLC**<br>**5750 Genesis Ct Ste 130**<br>**Frisco, TX  75034-4186** | | | **2013 Unpaid rent** | | | | **12,341.70** |
| ACCOUNT NO.<br>**IVC Dayton, LLC**<br>**Iron Creek Ventures, LLC**<br>**PO Box 715432**<br>**Columbus, OH  43271-5432** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Jacoby & Meyers, LLC (Time Warner Cable)**<br>**39 Broadway Rm 910**<br>**New York, NY  10006-3094** | | | | | | | **79.95** |
| ACCOUNT NO.<br>**Jacoby & Meyers- Bankruptcy, LLP**<br>**420 Lexington Ave Rm 2132**<br>**New York, NY  10170-2100** | X | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Jacqueline J. Montville Attorney-at-Law**<br>**515 Kendall Ln**<br>**DeKalb, IL  60115-2567** | | | | | | | **875.00** |
| ACCOUNT NO.<br>**James A. Agosto**<br>**2450 Morrison St**<br>**Saint Paul, MN  55117-1623** | | | | | | | **124.63** |
| ACCOUNT NO.<br>**Jay Perez**<br>**Perez & Perez**<br>**PO Box 943**<br>**Indianapolis, IN  46206-0943** | | | | | | | **3,133.67** |

Sheet no. __**23**__ of __**45**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,554.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP      Case No. **14-10641**
<br>                Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Jeff Zaloga <br> 800 E Ellis Rd <br> Norton Shores, MI 49441-5646 | | | | | | | 3,435.00 |
| ACCOUNT NO. <br> Jeffrey DeMatthew <br> 822 Racine St <br> Racine, WI 53403 | | | | | | | 150.00 |
| ACCOUNT NO. <br> Jeffrey J. Aleman <br> 19 Red Oak Dr <br> Highland, IL 62249-2361 | | | NOTICE ONLY | | | | NOTICE ONLY |
| ACCOUNT NO. <br> Jeffrey J. Aleman <br> 1725 N Marshfield Ave <br> Chicago, IL 60622-1455 | | | | | | | 26,522.00 |
| ACCOUNT NO. <br> Jin Kim <br> 6525 Landis Ave <br> Carmichael, CA 95608-3928 | | | | | | | 150.00 |
| ACCOUNT NO. <br> Joanna Pietrzyk <br> 422 Springsouth Rd <br> Schaumburg, IL 60193-3550 | | | | | | | 910.00 |
| ACCOUNT NO. <br> Joanne M. Andrew <br> PO Box 51960 <br> Riverside, CA 92517-2960 | | | | | | | 375.00 |

Sheet no. **24** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **31,542.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                    Case No. **14-10641**
_____
　　　　　　　　Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**John Bays**<br>**3077 W Jefferson St Ste 100**<br>**Joliet, IL  60435-5263** | | | | | | | **3,503.64** |
| ACCOUNT NO.<br>**Jose & Emma Martin**<br>**c/o Doug Zanes & Assoc, PLLC**<br>**3501 E Speedway Blvd Ste 101**<br>**Tucson, AZ  85716-3917** | | | | | | X | **Unknown** |
| ACCOUNT NO.<br>**JSR Holdings LLC**<br>**1501 E Woodfield Rd Ste 110E**<br>**Schaumburg, IL  60173-4945** | | | **2013 Unpaid rent** | | | | **2,240.00** |
| ACCOUNT NO.<br>**Junes Legal Services, Inc.**<br>**630 S 10th St Ste B**<br>**Las Vegas, NV  89101-7001** | | | | | | | **20.00** |
| ACCOUNT NO.<br>**Kalenda  Law Office**<br>**Germain Court**<br>**919 W Saint Germain St Ste 2000**<br>**Saint Cloud, MN  56301-3407** | | | | | | | **200.00** |
| ACCOUNT NO.<br>**Kathleen Crist Attorney at Law**<br>**2601 Oakdale Rd # H2**<br>**Modesto, CA  95355-2256** | | | | | | | **400.00** |
| ACCOUNT NO.<br>**Kendra Schaap**<br>**164 Rollingwood Dr**<br>**Rockford, MI  49341-1196** | | | | | | | **2,100.00** |

Sheet no. __25__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,463.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP      Case No. **14-10641**

       Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **KONICA MINOLTA** <br> **21146 Network Pl** <br> **Chicago, IL  60673-1211** | | | Account No. 061-0038851-000 ( $1,924.10); 061-0039611-000 ( $1,668.03); 061-0042520-000 ( $1,247.09); 061-0045918-000 ( $7,583.93); 061-0045919-000 ( $535.77 ); 061-0053872-000 ( $515.88 ); 061-0054679-000 ( $1,179.05); 061-0060819-000 ( $1,898.19);  061-0061893-000 ($6,454.66);  ($498.54 | | | | **23,504.61** |
| ACCOUNT NO. <br> **Konica Minolta Business Solutions** <br> **800 S Figueroa St # 800** <br> **Los Angeles, CA  90017-2526** | | | Account No. 1103416 ($202.50); 143720/1136718 ( $4.90); 143720/143720 ( $752.26);  143720/891211 ( $1,983.78); 859657/1012887 ( $431.35); 859657/1046102 ( $513.91); 859657/1047918 ( $422.03);  859657/1148534 ( $47.84) | | | | **4,378.57** |
| ACCOUNT NO. <br> **Konica Minolta Business Solutions** <br> **500 W Madison St # 550** <br> **Chicago, IL  60661-4561** | | | NOTICE ONLY | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **Lahser Center LLC** <br> **c/o Transwestern** <br> **PO Box 6119** <br> **Hicksville, NY  11802-6119** | | | 2013 Unpaid rent | | | | **6,742.16** |
| ACCOUNT NO. <br> **Lamon Court Apts LLC** <br> **Dimensions Mgmt.** <br> **2034 N Clark St** <br> **Chicago, IL  60614-4713** | | | 2013 Unpaid rent | | | | **3,400.00** |
| ACCOUNT NO. <br> **Laner Muchin, Ltd.** <br> **515 N State St** <br> **Chicago, IL  60654-4854** | | | | | | | **676.25** |
| ACCOUNT NO. <br> **Lass Moore P.C.** <br> **PO Box 562** <br> **Downers Grove, IL  60515-0562** | | | | | | | **900.00** |

Sheet no. **26** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    $ **39,601.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                     Case No. **14-10641**
                    Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Law Advisors, S.C.**<br>**2801 International Ln Ste 205**<br>**Madison, WI  53704-3152** | | | | | | | 450.00 |
| ACCOUNT NO.<br>**Law Office of NiCale Rector**<br>**421 W 9th St**<br>**Anderson, IN  46016-1317** | | | | | | | 150.00 |
| ACCOUNT NO.<br>**Law Office of Sharon M. Yu**<br>**PO Box 5103**<br>**Orange, CA  92863-5103** | | | | | | | 150.00 |
| ACCOUNT NO.<br>**Law Office of Tom Kirkendall**<br>**2 Violetta Ct**<br>**The Woodlands, TX  77381-4550** | | | | | | | 8,600.00 |
| ACCOUNT NO.<br>**Law Offices of Chen & Tran**<br>**Rex Tran,**<br>**1633 E 4th St # 214**<br>**Santa Ana, CA  92701-5144** | | | | | | | 6,095.00 |
| ACCOUNT NO.<br>**LegalZoom.com, Inc.**<br>**101 N Brand Blvd Fl 11**<br>**Glendale, CA  91203-2638** | | | **Petitioning creditor/Service invoice (judgment entered)** | | | | 1,020,796.62 |
| ACCOUNT NO.<br>**LegalZoom.com, Inc.**<br>**c/o Resch Polster & Berger LLP**<br>**1840 Century Park E Fl 17**<br>**Los Angeles, CA  90067-2101** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |

Sheet no. **27** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,036,241.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP      Case No. **14-10641**
<br>Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LegalZoom.com, Inc.<br>c/o Andrew V. Jablon, Resch Polster & Be<br>9200 W Sunset Blvd Fl 9<br>Los Angeles, CA  90069-3604 | | | | | | X | 1,104,215.67 |
| ACCOUNT NO.<br>LexisNexis Martindale-Hubbell<br>121 Chanlon Rd<br>New Providence, NJ  07974-1541 | | | | | | | 72,066.91 |
| ACCOUNT NO.<br>Lincoln Garden, LLC<br>c/o Avison Young - Property Management (<br>515 E Las Olas Blvd Ste 400<br>Fort Lauderdale, FL  33301-4280 | | | 2013 Unpaid rent | | | | 9,926.70 |
| ACCOUNT NO.<br>Lincoln Place Partners, LLC<br>1230 Walnut Hill Farm Dr<br>Chesterfield, MO  63005-4524 | | | 2013 Unpaid rent | | | | 3,600.00 |
| ACCOUNT NO.<br>LINCOLN STORAGE, INC.<br>315 E 1st St<br>Dayton, OH  45402-1218 | | | 2013 Unpaid storage space | | | | 751.13 |
| ACCOUNT NO.<br>Linda McFaddin<br>4628 Arlington St<br>Loves Park, IL  61111-5811 | | | | | | | 140.00 |
| ACCOUNT NO.<br>Lisa J. Kristal, Esq.<br>57 2nd Ave # 33<br>New York, NY  10003-8611 | | | Petitioning creditor/Service invoice | | | | 1,125.00 |

Sheet no. **28** of **45** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)   $ **1,191,825.41**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP

Case No. **14-10641**

Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lisa S. Tse<br>1302 Evergreen Point Rd<br>Medina, WA  98039-3146 | | | | | | | 239.07 |
| ACCOUNT NO.<br>Long Beach Corporate Center<br>LB Corp. Center Sunny Hills-Palladium, L<br>3605 Long Beach Blvd Ste 450<br>Long Beach, CA  90807-4075 | | | 2013 Unpaid rent | | | | 10,682.96 |
| ACCOUNT NO.<br>Lori A. Leigh,<br>Jacoby & Meyers Law Firm<br>26400 Lahser Rd Ste 109<br>Southfield, MI  48033-2672 | | | | | | | 109.94 |
| ACCOUNT NO.<br>Lori Leigh, Leigh & Laruwe, PLC<br>26400 Lahser Rd Ste 107<br>Southfield, MI  48033-2672 | | | | | | | 10,661.58 |
| ACCOUNT NO.<br>Marshall Dusenbury<br>111 S Schuyler Ave<br>Kankakee, IL  60901-3807 | | | | | | | 200.00 |
| ACCOUNT NO. **7098**<br>MAYFAIR MALL LLC<br>MAYFAIR BANK TOWER SDS-12-1637<br>PO Box 86<br>Minneapolis, MN  55486-0086 | | | 2013 Unpaid rent | | | | 2,769.64 |
| ACCOUNT NO.<br>Mayfair Property, Inc.<br>Mayfair Bank Tower<br>2300 N Mayfair Rd # 290<br>Wauwatosa, WI  53226-1573 | | | 2013 Unpaid rent | | | | 12,463.38 |

Sheet no. __29__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,126.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                    Case No. **14-10641**
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**McCorkle Litigation Services, Inc.**<br>200 N La Salle St Ste 2900<br>Chicago, IL  60601-1018 | | | | | | | 81.00 |
| ACCOUNT NO.<br>**MCKNIGHT 535 SMITHFIELD ASSOC.**<br>535 Smithfield St<br>Pittsburgh, PA  15222-2393 | | | 2013 Unpaid rent | | | | 7,762.32 |
| ACCOUNT NO. **7095**<br>**MEGAPATH DEPT 0324**<br>PO Box 120324<br>Dallas, TX  75312-0324 | | | | | | | 124.80 |
| ACCOUNT NO. **5423**<br>**MEGAPATH DEPT. 33408**<br>PO Box 39000<br>San Francisco, CA  94139-0001 | | | | | | | 3,848.25 |
| ACCOUNT NO.<br>**Michael G. Gouveia**<br>231 E Alessandro Blvd Ste A<br>Riverside, CA  92508-6039 | | | | | | | 75.00 |
| ACCOUNT NO.<br>**Michelle Hinds**<br>211 W Wacker Dr Ste 200<br>Chicago, IL  60606-1392 | | | | | | | 105.00 |
| ACCOUNT NO.<br>**Midwest Rentals & Self Storage**<br>1601 Brookfield Ave Ste A1<br>Green Bay, WI  54313-8855 | | | | | | | 75.00 |

Sheet no. __30__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $  **12,071.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                     Case No. **14-10641**
_____                                      _____
Debtor(s)                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MillerFisher Law LLC**<br>**Attention: Mitchell Peters, Esq.**<br>**8927 Broadway**<br>**Merrillville, IN 46410-7039** | | | NOTICE ONLY<br><br>**Representative of Robert B. and Joyce M. Rosenbaum re: Rosenbaum v. Macey & Aleman, et al.** | | | X | **NOTICE ONLY** |
| ACCOUNT NO.<br>**MLN Advertising, Inc.**<br>**Attention: Justin Musterman**<br>**1608 Bush St**<br>**Baltimore, MD 21230-2021** | | | | | | | **84,843.24** |
| ACCOUNT NO.<br>**Momkus McCluskey**<br>**Attention: James F. McCluskey, Esq.**<br>**1001 Warrenville Rd # 500**<br>**Lisle, IL 60532-4306** | | | NOTICE ONLY<br><br>**Representative of Peter F. Geraci re: Peter F. Geraci v. R. William Amidon et al.** | | | X | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Mona Lisa Gacutan**<br>**10436 SE 13th St**<br>**Bellevue, WA 98004-6850** | | | | | | | **2,772.65** |
| ACCOUNT NO.<br>**Mordecai Media, LLC**<br>**512 N McClurg Ct # 4610**<br>**Chicago, IL 60611-4181** | | | | | | | **496.00** |
| ACCOUNT NO.<br>**MR Copy**<br>**5657 Copley Dr**<br>**San Diego, CA 92111-7903** | | | | | | | **250.00** |
| ACCOUNT NO.<br>**Muller-Adams, LP**<br>**PO Box 848029**<br>**Los Angeles, CA 90084-8029** | | | **2013 Unpaid rent** | | | | **9,106.02** |

Sheet no. **31** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **97,467.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP

Case No. **14-10641**

Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Neil Walter Company**<br>**1940 E D St Ste 100**<br>**Tacoma, WA  98421-1500** | | | **2013 Unpaid rent** | | | | **4,500.00** |
| ACCOUNT NO.<br>**Nicole M. Colovos**<br>**26400 Lahser Rd Ste 109**<br>**Southfield, MI  48033-2672** | | | | | | | **57.42** |
| ACCOUNT NO.<br>**NICOR GAS**<br>**PO Box 5407**<br>**Carol Stream, IL  60197-5407** | | | **2013 Utilities**<br>**Account No. 23-15-23-8385 9 ( $35.92);  81-07-78-2664 2 ( $119.03); 81-94-94-6560 3 ( $104.87)** | | | | **259.82** |
| ACCOUNT NO. **0054**<br>**NIPSCO**<br>**PO Box 13007**<br>**Merrillville, IN  46411-3007** | | | | | | | **265.50** |
| ACCOUNT NO. **0680**<br>**NORTHERN TELEPHONE AND DATA**<br>**PO Box 3465**<br>**Oshkosh, WI  54903-3465** | | | **2013 Utilities** | | | | **176.02** |
| ACCOUNT NO.<br>**Nosa Aduwa**<br>**1415 North Loop W Ste 905**<br>**Houston, TX  77008-1658** | | | | | | | **199.12** |
| ACCOUNT NO.<br>**O'Brien & Telloyan, P.C.**<br>**PO Box 449**<br>**South Bend, IN  46624-0449** | | | | | | | **875.00** |

Sheet no. **32** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **6,332.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                      Case No. **14-10641**
_____
               Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Office Evolution<br>11001 W 120th Ave Ste 400<br>Broomfield, CO  80021-3493** | | | | | | | **129.00** |
| ACCOUNT NO.<br>**Orlando Utilities Commission<br>PO Box 4901<br>Orlando, FL  32802-4901** | | | 2013 Utilities | | | | **312.88** |
| ACCOUNT NO.<br>**Oshkosh City Treasurer<br>Tax Collection Office<br>PO Box 1128<br>Oshkosh, WI  54903-1128** | | | | | | | **233.76** |
| ACCOUNT NO.<br>**Paetec Communications<br>PO Box 1283<br>Buffalo, NY  14240-1283** | | | | | | | **14,174.59** |
| ACCOUNT NO. **5892**<br>**Peoples Gas<br>1 Peoples Gas<br>Chicago, IL  60687-0001** | | | 2013 Utilities | | | | **121.77** |
| ACCOUNT NO.<br>**Peter Francis Geraci<br>55 E Monroe St Ste 3400<br>Chicago, IL  60603-5710** | | | | | | X | **Unknown** |
| ACCOUNT NO.<br>**Phoenix Recycling and Shredding, N.F.P<br>900 Royal Heights Rd<br>Belleville, IL  62226-5457** | | | | | | | **420.00** |

Sheet no. __**33**__ of __**45**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **15,392.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jacoby & Meyers-Bankruptcy, LLP                                          Case No. 14-10641
_____                              _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PITNEY BOWES**<br>**PO Box 371896**<br>**Pittsburgh, PA 15250-7896** | | | **2013 Copier/Mail Machine Leases**<br><br>**Account No. 1889-9958-86-4 ( $368.92); 6550603 ( $14,985.70); ( $465.16); ( $1,829.54)** | | | | **17,649.32** |
| ACCOUNT NO.<br>**PITNEY BOWES GLOBAL FINANCIAL SERVICES**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**POLAND SPRING**<br>**PO Box 856192**<br>**Louisville, KY 40285-6192** | | | **Account No. 0435504394 ( $23.94); 0434535928 ( $23.94)** | | | | **47.88** |
| ACCOUNT NO.<br>**POUCH RECORDS MANAGEMENT LP**<br>**2309 Moore Ave**<br>**Fullerton, CA 92833-2510** | | | **Account No. T650 ( $1,209.79); T725 ( $210.70)** | | | | **1,420.49** |
| ACCOUNT NO.<br>**Premier Properties, LLC**<br>**Michael Rachiln & Co. LLC**<br>**17 Academy St**<br>**Newark, NJ 07102-2923** | | | **2013 Unpaid rent** | | | | **6,477.00** |
| ACCOUNT NO.<br>**Price Law Group, PC**<br>**Attention: Stuart Price**<br>**15760 Ventura Blvd # 1100**<br>**Encino, CA 91436-3044** | | | | | | | **2,050.00** |
| ACCOUNT NO.<br>**Principal Life Insurance Company**<br>**PLIC-SBD GRAND ISLAND,**<br>**PO Box 10372**<br>**Des Moines, IA 50306-0372** | | | **2013 Unpaid insurance** | | | | **2,936.83** |

Sheet no. **34** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30,581.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                      Case No. **14-10641**
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Professional Office Partners** 2301 Riverside Dr Ste 7 Green Bay, WI  54301-1957 | | | | | | | 5,200.00 |
| ACCOUNT NO. **Professional Settlement Service LLC** 300 Red Brook Blvd Ste 300 Owings Mills, MD  21117-5158 | | | | | | | 2,300.00 |
| ACCOUNT NO. **Property 111, Inc.** 1245 E Grand Blanc Rd Grand Blanc, MI  48439-6325 | | | 2013 Unpaid rent | | | | 2,100.00 |
| ACCOUNT NO. **0667** **Purchase Power** PO Box 371874 Pittsburgh, PA  15250-7874 | | | | | | | 58,892.68 |
| ACCOUNT NO. **R. Michael Smith** 4050 Executive Park Dr Ste 450 Cincinnati, OH  45241-2094 | | | | | | | 169.86 |
| ACCOUNT NO. **Rathje & Woodward, LLC** 300 E Roosevelt Rd Wheaton, IL  60187-1908 | | | | | | | 73,841.67 |
| ACCOUNT NO. **Raymond S. Kurz** PO Box 433 Sugar Grove, IL  60554-0433 | | | | | | | 225.00 |

Sheet no. **35** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **142,729.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP

Case No. **14-10641**

Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RS25** <br> **REEBIE STORAGE & MOVING CO.** <br> **10423 Franklin Ave** <br> **Franklin Park, IL  60131-1521** | | | **2013** | | | | **2,596.91** |
| ACCOUNT NO. <br> **Regus Management Group** <br> **1777 NE Loop 410 Ste 600** <br> **San Antonio, TX  78217-5218** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **Regus Management Group** <br> **7300 W 110th St Ste 700** <br> **Overland Park, KS  66210-2332** | | | **2013 Unpaid rent** | | | | **8,590.00** |
| ACCOUNT NO. <br> **Regus Property** <br> **4000 Hollywood Blvd Ste 555-S** <br> **Hollywood, FL  33021-6853** | | | **2013 Unpaid rent** | | | | **3,645.00** |
| ACCOUNT NO. <br> **Renee F. Frank** <br> **21 School St** <br> **Metuchen, NJ  08840-1819** | | | **Petitioning creditor/Service invoice** | | | | **1,625.00** |
| ACCOUNT NO. **7038** <br> **Republic Service** <br> **2054 E 121st St** <br> **Chicago, IL  60617** | | | | | | | **32.23** |
| ACCOUNT NO. <br> **Resch Polster & Berger LLP** <br> **Attention: Andrew V. Jablon, Esq.** <br> **1840 Century Park E Fl 17** <br> **Los Angeles, CA  90067-2101** | | | **NOTICE ONLY** <br> Representative of Legal Zoom.com re: Legal Zoom.com v. Macey Bankruptcy Law, P.C. | | | X | **NOTICE ONLY** |

Sheet no. **36** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,489.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                      Case No. **14-10641**
_____                                  _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Retrievex**<br>PO Box 415938<br>Boston, MA  02241-5938 | | | | | | | 702.92 |
| ACCOUNT NO.<br>**Rex Tran**<br>1633 E 4th St Ste 214<br>Santa Ana, CA  92701-5144 | | | | | | | 195.00 |
| ACCOUNT NO.<br>**Rhonda McCray**<br>c/o Louise T. Hornsby, Esq.,<br>2016 Sandtown Rd SW<br>Atlanta, GA  30311-3420 | | | | | | X | Unknown |
| ACCOUNT NO.<br>**Rippinger Financial Group**<br>1501 E Woodfield Rd Ste 110E<br>Schaumburg, IL  60173-4945 | | | | | | | 10,080.00 |
| ACCOUNT NO.<br>**Robert Chang**<br>2235 Gadwall Ct<br>San Leandro, CA  94579-2769 | | | | | | | 175.00 |
| ACCOUNT NO.<br>**Robert P. Handler**<br>205 W Wacker Dr Ste 1818<br>Chicago, IL  60606-1429 | | | Trustee/Assignee | | | | NOTICE ONLY |
| ACCOUNT NO.<br>**Robert Rosenbaum & Joyce Rosenbaum**<br>c/o Mitchell Peters, MillerFisher Law, L<br>8927 Broadway<br>Merrillville, IN  46410-7039 | | | | | | X | Unknown |

Sheet no. **37** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **11,152.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                                    Case No. **14-10641**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ron Thurber, Enrolled Agent, APM**<br>**Carnow & Associates, Ltd.**<br>**778 W Frontage Rd Ste 101**<br>**Northfield, IL  60093-1209** | | | **Representative of Transamerica Retirement Solutions** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Rosemont Property Management**<br>**of DenverLLC**<br>**PO Box 204361**<br>**Dallas, TX  75320-4361** | | | **2013 Unpaid rent** | | | | **11,619.80** |
| ACCOUNT NO.<br>**Roseville Office Plaza, LLC**<br>**c/o Wellington Management, Inc.**<br>**1625 Energy Park Dr Ste 100**<br>**Saint Paul, MN  55108-2735** | | | **2013 Unpaid rent** | | | | **14,685.44** |
| ACCOUNT NO.<br>**Sarah Wehrwein**<br>**Macey Bankruptcy Law**<br>**205 W Jefferson Blvd Ste 122**<br>**South Bend, IN  46601-1808** | | | | | | | **388.23** |
| ACCOUNT NO. **0317**<br>**SECURE RECORD MANAGEMENT**<br>**12260 Shale Ridge Ln**<br>**Auburn, CA  95602-8400** | | | | | | | **161.65** |
| ACCOUNT NO.<br>**Service Master Commercial Specialists**<br>**1440 W North Ave Ste 205**<br>**Melrose Park, IL  60160-1425** | | | | | | | **60.00** |
| ACCOUNT NO.<br>**Sign Language Network, Inc.**<br>**PO Box 25102**<br>**Colorado Springs, CO  80936-5102** | | | | | | | **272.81** |

Sheet no. **38** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **27,187.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP
_____
Debtor(s)

Case No. **14-10641**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| SL GREEN MANAGEMENT LLC DUILDING 420 PO Box 5162 New York, NY 10087-5162 | | | | | | | 15,284.05 |
| ACCOUNT NO. | | | | | | | |
| Smith Amundsen 150 N Michigan Ave Ste 3300 Chicago, IL 60601-7621 | | | | | | | 666.20 |
| ACCOUNT NO. | | | | | | | |
| Sparkletts and Sierra Springs PO Box 660579 Dallas, TX 75266-0579 | | | | | | | 117.22 |
| ACCOUNT NO. | | | NOTICE ONLY | | | | |
| Sparkletts and Sierra Springs 6750 Discovery Blvd Mableton, GA 30126-4646 | | | | | | | NOTICE ONLY |
| ACCOUNT NO. | | | 2013 Unpaid supplies | | | | |
| Staples Dept DET PO Box 83689 Chicago, IL 60696-3689 | | | | | | | 156.10 |
| ACCOUNT NO. | | | | | | | |
| STAPLES BUSINESS ADVANTAGE Dept PO Box 83689 Chicago, IL 60696-3689 | | | | | | | 1,733.96 |
| ACCOUNT NO. | | | | | | | |
| Strategy Execution Partners, LLC 10 W Hubbard St Ste 3 Chicago, IL 60654-4661 | | | | | | | 125.95 |

Sheet no. **39** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,083.48**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                                                      Case No. **14-10641**
_____                                  _____
Debtor(s)                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**STRATUS NETWORKS**<br>**4700 N Prospect Rd Spc 8**<br>**Peoria Heights, IL 61616-6468** | | | | | | | 784.41 |
| ACCOUNT NO.<br>**Sullivan & Sullivan, Ltd.**<br>**13800 Cicero Ave**<br>**Crestwood, IL 60445-4313** | | | | | | | 7,400.00 |
| ACCOUNT NO.<br>**T. Wall Properties**<br>**2810 Crossroads Dr # 4000**<br>**Madison, WI 53718-8014** | | | **2013 Unpaid rent** | | | | 10,835.51 |
| ACCOUNT NO.<br>**Tacoma Financial Center Partners LLC**<br>**c/o Rainier**<br>**PO Box 2181**<br>**Tacoma, WA 98401-2181** | | | **2013 Unpaid rent** | | | | 3,032.00 |
| ACCOUNT NO.<br>**Tax Rite**<br>**2340 S Arlington Heights Rd Ste 310**<br>**Arlington Heights, IL 60005-4510** | | | | | | | 1,920.35 |
| ACCOUNT NO. **2138**<br>**THE FILE ROOM**<br>**4107 Rider Trl N**<br>**Earth City, MO 63045-1102** | | | | | | | 190.66 |
| ACCOUNT NO.<br>**The Hartford**<br>**PO Box 660916**<br>**Dallas, TX 75266-0916** | | | | | | | 1,312.19 |

Sheet no. **40** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **25,475.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jacoby & Meyers-Bankruptcy, LLP**                    Case No. **14-10641**
_____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **The Hershewe Law Firm** <br> **431 S Virginia Ave** <br> **Joplin, MO 64801-2324** | | | NOTICE ONLY | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **The Law Office of Andrew Magdy, LLC** <br> **2702 Macklind Ave** <br> **Saint Louis, MO 63139-1406** | | | Petitioning creditor/Contract damages | | | | **50,000.00** |
| ACCOUNT NO. <br> **The Law Office of Kaiser LTD** <br> **1109 W Macarthur Ave** <br> **Eau Claire, WI 54701-6282** | | | | | | | **50.00** |
| ACCOUNT NO. <br> **The Law Offices of Steven Long, LLC** <br> **106 W 11th St Ste 1129** <br> **Kansas City, MO 64105-1983** | | | Petitioning creditor/Contract damages | | | | **50,000.00** |
| ACCOUNT NO. <br> **The Office Quarters** <br> **1275 Glenlivet Dr Ste 100** <br> **Allentown, PA 18106-3107** | | | | | | | **4,320.78** |
| ACCOUNT NO. <br> **The Sharp Law Firm, P.C.** <br> **1115 Harrison St** <br> **Mount Vernon, IL 62864-3813** | | | | | | | **75.00** |
| ACCOUNT NO. <br> **Thomas G. Macey** <br> **100 S Pointe Dr Apt 2801** <br> **Miami Beach, FL 33139-7386** | | | Personal loan | | | | **200,000.00** |

Sheet no. **41** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ **304,445.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP       Case No. **14-10641**
_____
Debtor(s)                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Thomas J. Scharpf** <br> **2380 State Road 44 Ste D** <br> **Oshkosh, WI 54904-6439** | | | | | | | 5,115.00 |
| ACCOUNT NO. <br> **Thomas M. Geurts** <br> **2301 Riverside Dr** <br> **Green Bay, WI 54301-1907** | | | | | | | 2,600.00 |
| ACCOUNT NO. <br> **THOMSON REUTERS** <br> **PO Box 6292** <br> **Carol Stream, IL 60197-6292** | | | | | | | 286.21 |
| ACCOUNT NO. <br> **TIME WARNER CABLE** <br> **PO Box 3237** <br> **Milwaukee, WI 53201-3237** | | | **2013 Utilities** <br> **Account No. 10404 606825602 5001 ( $254.72); 10404 705522201 2001 ( $456.32); 10404-701277001-2001 ( $427.50)** | | | | 1,138.54 |
| ACCOUNT NO. <br> **Timothy Goetz** <br> **535 Smithfield St Ste 645** <br> **Pittsburgh, PA 15222-2302** | | | | | | | 43,277.52 |
| ACCOUNT NO. <br> **TJT Properties, LLC** <br> **3456 Stellhorn Rd** <br> **Fort Wayne, IN 46815-4630** | | | **2013 Unpaid rent** | | | | 2,520.00 |
| ACCOUNT NO. <br> **Tracey Klestadt** <br> **Klestadt & Winters, LLP** <br> **570 Fashion Ave** <br> **New York, NY 10018-1603** | | | **NOTICE ONLY** | | | | NOTICE ONLY |

Sheet no. **42** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **54,937.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP
　　　　　　　　　　　　　　Debtor(s)

Case No. **14-10641**
　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **TRADERS ON GRAND** <br> **Management Office** <br> **1125 Grand Blvd Ste 916** <br> **Kansas City, MO 64106-2503** | | | | | | | 4,826.86 |
| ACCOUNT NO. <br> **Transamerica Retirement Solutions** <br> **4333 Edgewood Rd NE** <br> **Cedar Rapids, IA 52499-3830** | | | 2013 401K plan administration expense | | | X | 7,000.00 |
| ACCOUNT NO. <br> **Transwestern** <br> **32255 Northwestern Hwy Ste 206** <br> **Farmington Hills, MI 48334-1574** | | | | | | | 18,040.19 |
| ACCOUNT NO. <br> **TW Telecom** <br> **PO Box 172567** <br> **Denver, CO 80217-2567** | | | 2013 Utilities | | | | 1,095.94 |
| ACCOUNT NO. <br> **Urban Renaissance Property Company, LLC** <br> **1600 7th Ave Ste 1800** <br> **Seattle, WA 98191-0001** | | | 2013 Unpaid rent | | | | 23,315.00 |
| ACCOUNT NO. <br> **US Signal** <br> **201 Ionia Ave SW** <br> **Grand Rapids, MI 49503-4136** | | | 2013 Utilities | | | | 1,015.00 |
| ACCOUNT NO. <br> **Vanguard Cleaning Systems Of Tampa Bay** <br> **12108 N 56th St Ste 8** <br> **Tampa, FL 33617-1662** | | | | | | | 834.60 |

Sheet no. **43** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 56,127.59

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP        Case No. **14-10641**
_____
Debtor(s)                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Verizon**<br>**PO Box 920041**<br>**Dallas, TX  75392-0041** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**VERIZON**<br>**PO Box 920041**<br>**Dallas, TX  75392-0041** | | | **2013 Utilities**<br>**Account No. 01 2845 1100418432 02 ($934.84); 0647427681 ($207.98); 0650427646 ( $103.99); 786618617-00001 ($702.50);  01 2415 1135689521 0 ($231.26); 0650427646 ($103.99); 15 1221 0630213373 03 ($598.31)** | | | | **2,882.87** |
| ACCOUNT NO.<br>**VERIZON**<br>**PO Box 25505**<br>**Lehigh Valley, PA  18002-5505** | | | **NOTICE ONLY** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Verline Williams**<br>**c/o Christopher A. Cosper, Esq.**<br>**PO Box 1564**<br>**Augusta, GA  30903-1564** | | | **NOTICE ONLY**<br>**Litigation- Claims for alleged improprieties in conducting business and wrongs to consumers** | | | | **NOTICE ONLY** |
| ACCOUNT NO.<br>**Wilhoit Properties**<br>**3333 S National Ave Ste 205**<br>**Springfield, MO  65807-7332** | | | **2013 Unpaid rent** | | | | **7,960.00** |
| ACCOUNT NO.<br>**William Jenkins**<br>**14454 Ashton Ln**<br>**Riverside, CA  92508-8882** | | | | | | | **130.00** |
| ACCOUNT NO. **9687**<br>**Windstream**<br>**Paetec Communications**<br>**PO Box 1283**<br>**Buffalo, NY  14240-1283** | | | | | | | **14,174.59** |

Sheet no. **44** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      $ **25,147.46**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jacoby & Meyers-Bankruptcy, LLP                    Case No. **14-10641**
_____                        _____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Wm. Ward Saxton, Esq.** <br> **PO Box 383** <br> **Woodbridge, NJ  07095-0383** | | | Petitioning creditor/Service invoice | | | | 1,725.00 |
| ACCOUNT NO. <br> **Wynn at Law LLC** <br> **Atty. Shannon E. Wynn** <br> **772 W Main St Ste Oo** <br> **Lake Geneva, WI  53147-1835** | | | | | | | 75.00 |
| ACCOUNT NO. <br> **Yellow Book Mid-Atlantic** <br> **PO Box 11815** <br> **Newark, NJ  07101-8115** | | | | | | | 903.35 |
| ACCOUNT NO. **MB90** <br> **Yellow Book West** <br> **PO Box 660052** <br> **Dallas, TX  75266-0052** | | | | | | | 118.89 |
| ACCOUNT NO. <br> **Yellow Pages** <br> **PO Box 48098** <br> **Jacksonville, FL  32247-8098** | | | | | | | 1,603.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **45** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,425.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **5,612,532.62**

B6G (Official Form 6G) (12/07)

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                     Case No. **14-10641**
_____                                      _____
                    Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Pitney Bowes**<br>PO Box 371887<br>Pittsburgh, PA  15250-7887 | **Copier/Mail Machine Leases** |
| **Konica Minolta**<br>21146 Network Pl<br>Chicago, IL  60673-1211 | **Copier/Mail Machine Leases** |
| **100 North Brand LLC**<br>100 N Brand Blvd # 200<br>Glendale, CA  91203-2642 | **Office lease** |
| **12th and Grand Development Corp.**<br>1125 Grand Blvd Ste 100<br>Kansas City, MO  64106-2503 | **Office lease** |
| **1440 W. North Avenue LLC**<br>1440 W North Ave<br>Melrose Park, IL  60160-1422 | **Office lease** |
| **1700 N. Farnsworth Building Partnership**<br>1700 N Farnsworth Ave # 11<br>Aurora, IL  60505-1186 | **Office lease** |
| **233 S. Wacker LLC**<br>PO Box 3085<br>Hicksville, NY  11802-3085 | **Office lease** |
| **250 Plaza Office Building**<br>Colliers International Attn: Accounting<br>1243 N 10th St Ste 300<br>Milwaukee, WI  53205-2559 | **Office lease** |
| **5325 Wall St., LLC**<br>PO Box 88585<br>Milwaukee, WI  53288-0585 | **Office lease** |
| **AAC Property Management, LLC**<br>1278 Jungermann Rd Ste F<br>Saint Peters, MO  63376-6964 | **Office lease** |
| **Abby Office Centers, Congress LLP**<br>2 E Congress St Ste 900<br>Tucson, AZ  85701-1722 | **Office lease** |
| **AG 101 North First 21 West Van Buren LLC**<br>PO Box 54350<br>Los Angeles, CA  90054-1001 | **Office lease** |
| **American Executive Centers**<br>PO Box 822243<br>Philadelphia, PA  19182-2243 | **Office lease** |
| **AMG Business Centers**<br>800 E Ellis Rd Ste 549<br>Norton Shores, MI  49441-5646 | **Office lease** |
| **B & B Realty North**<br>Bommarito Business Center<br>320 Brookes Dr Ste 223<br>Hazelwood, MO  63042-2740 | **Office lease** |
| **Bank Tower LLC** | **Office lease** |

B6G (Official Form 6G) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                Case No. **14-10641**
_____
　　　　　　　　Debtor(s)                                                               (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PO Box 1006<br>Lafayette, IN  47902-1006 | |
| Bourse Tower Associates<br>201 S 18th St Ofc 300<br>Philadelphia, PA  19103-5957 | Office lease |
| Brandonview LLC<br>515 Olive St Ste 106<br>Saint Louis, MO  63101-1831 | Office lease |
| Brigid Capital LLC<br>11950 S Harlem Ave<br>Palos Heights, IL  60463-1150 | Office lease |
| Business Centre<br>949 S Coast Dr Ste 600<br>Costa Mesa, CA  92626-7734 | Office lease |
| Charleston Holdings, LLC<br>1762 Westwood Blvd # 400<br>Los Angeles, CA  90024-5634 | Office lease |
| Commerce Plaza Business Group, LLC<br>c/o WestMar Property Mgmt, Inc.<br>41623 Margarita Rd Ste 100<br>Temecula, CA  92591-2989 | Office lease |
| Creekside Business Center<br>8175 Creekside Dr Ste 200<br>Portage, MI  49024-5370 | Office lease |
| D & J Development Company<br>PO Box 304<br>Wyandotte, MI  48192-0304 | Office lease |
| DNS Investments LLC<br>1789 E Bristol St<br>Elkhart, IN  46514-6607 | Office lease |
| Darlson Manno Limited Partnership<br>PO Box 21942<br>Eagan, MN  55121-0942 | Office lease |
| Dimensions Management Corp<br>2034 N Clark St<br>Chicago, IL  60614-4713 | Office lease |
| Doma & Associates<br>2900 Golfside Dr Ste 1<br>Ann Arbor, MI  48108-1410 | Office lease |
| Dunegrass LLC<br>101 E 90th Dr Ste A<br>Merrillville, IN  46410-7172 | Office lease |
| Escamilla Property LLC<br>6907 W S SAGINAW RD<br>BAY CITY, MI  48706 | Office lease |
| Evergreen Plaza Associates<br>PO Box 2937<br>Orland Park, IL  60462-1097 | Office lease |
| Executive East Properties, LLC<br>100 Maple Park Blvd Ste 104<br>Saint Clair Shores, MI  48081-2253 | Office lease |
| Executive Park Investors, Ltd.<br>4000 Executive Park Dr Ste 110 | Office lease |

B6G (Official Form 6G) (12/07) - Cont.

**IN RE** Jacoby & Meyers-Bankruptcy, LLP                                    Case No. **14-10641**
_____                              _____
Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Cincinnati, OH  45241-2023 | |
| **GreatAmerica Leasing Corp.**<br>PO Box 660831<br>Dallas, TX  75266-0831 | **Office lease** |
| **H2 Properties**<br>104 S Cascade Ave Ste 101<br>Colorado Springs, CO  80903-5101 | **Office lease** |
| **Hatco Properties**<br>2835 Belvidere Rd Ste 100<br>Waukegan, IL  60085-6046 | **Office lease** |
| **HWY 44 Business Place LLC**<br>PO Box 2216<br>Oshkosh, WI  54903-2216 | **Office lease** |
| **IVC Dayton, LLC**<br>PO Box 715432<br>Columbus, OH  43271-5432 | **Office lease** |
| **JSR Holdings LLC**<br>1501 E Woodfield Rd Ste 110E<br>Schaumburg, IL  60173-4945 | **Office lease** |
| **Lahser Center LLC**<br>c/o Transwestern<br>PO Box 6119<br>Hicksville, NY  11802-6119 | **Office lease** |
| **Lincoln Management** | **Office lease** |
| **Lincoln Place Partners, LLC**<br>1230 Walnut Hill Farm Dr<br>Chesterfield, MO  63005-4524 | **Office lease** |
| **Long Beach Corporate Center**<br>3605 Long Beach Blvd Ste 450<br>Long Beach, CA  90807-4075 | **Office lease** |
| **Mayfair Mall, LLC**<br>PO Box 86<br>Minneapolis, MN  55486-0086 | **Office lease** |
| **Mayfair Property, Inc**<br>Mayfair Bank Tower,<br>2300 N Mayfair Rd # 290<br>Wauwatosa, WI  53226-1573 | **Office lease** |
| **Mcknight 535 Smithfield Assoc.**<br>535 Smithfield St<br>Pittsburgh, PA  15222-2393 | **Office lease** |
| **Muller Adams, LP**<br>PO Box 848029<br>Los Angeles, CA  90084-8029 | **Office lease** |
| **Neil Walter Company**<br>1940 E D St Ste 100<br>Tacoma, WA  98421-1500 | **Office lease** |
| **Office Evolution**<br>11001 W 120th Ave Ste 400<br>Broomfield, CO  80021-3493 | **Office lease** |
| **Professional Office Partners**<br>2301 Riverside Dr Ste 7<br>Green Bay, WI  54301-1957 | **Office lease** |
| **Regus Management Group LLC** | **Office lease** |

**B6G (Official Form 6G) (12/07) - Cont.**

**IN RE Jacoby & Meyers-Bankruptcy, LLP** _____ Case No. **14-10641**
<span style="margin-left:2em">Debtor(s)</span> <span style="margin-left:20em">(If known)</span>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **7300 W 110th St Ste 700**<br>**Overland Park, KS  66210-2332** | |
| **Rosemont Property Management of Denver L**<br>**PO Box 204361**<br>**Dallas, TX  75320-4361** | **Office lease** |
| **Roseville Office Plaza LLC**<br>**c/o Wellington Management, Inc.**<br>**1625 Energy Park Dr Ste 100**<br>**Saint Paul, MN  55108-2735** | **Office lease** |
| **Tacoma Financial Center Partners LLC**<br>**c/o Rainier**<br>**PO Box 2181**<br>**Tacoma, WA  98401-2181** | **Office lease** |
| **TJT Properties LLC**<br>**3456 Stellhorn Rd**<br>**Fort Wayne, IN  46815-4630** | **Office lease** |

IN RE Jacoby & Meyers-Bankruptcy, LLP _____    Case No. **14-10641**
_____
Debtor(s)                                                                                                          (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Macey Bankruptcy Law, P.C.**<br>**233 S Wacker Dr Ste 5150**<br>**Chicago, IL  60606-6371** | **Jacoby & Meyers- Bankruptcy, LLP**<br>**420 Lexington Ave Rm 2132**<br>**New York, NY  10170-2100** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Jacoby & Meyers-Bankruptcy, LLP                          Case No. 14-10641
_____                          _____
                          Debtor(s)                                        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____
                                                                              Debtor

Date: _____      Signature: _____
                                                                        (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Partner _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the Jacoby & Meyers-Bankruptcy, LLP (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____59 sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___7/8/14___      Signature: _____

                              Thomas Macey
                                                                  (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.