**Michael L. Moskowitz (mlm@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Debtors*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
212.684.7800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>JACOBY & MEYERS – BANKRUPTCY LLP et al,<br><br>Debtors. | Chapter 7<br><br>Case No: 14-10641(SCC)<br><br>(Jointly Administered) |

## SUPPLEMENT TO BANKRUPTCY RULE 2016(b) STATEMENT

The undersigned counsel for the debtors respectfully submits this supplement to its Bankruptcy Rule 2016(b) statement as follows:

1. Weltman & Moskowitz, LLP ("W&M") was retained to represent Jacoby & Meyers – Bankruptcy, LLP and Macey Bankruptcy Law, P.C. a/k/a Macey & Aleman f/k/a Legal Helpers, P.C. (collectively, the "Debtors"), pursuant to written representation agreements, both dated as of June 11, 2014 ("Retainer Agreements").

2. The Retainer Agreements provided that fees were to be paid on an hourly basis in accordance with W&M's guideline billing rates.

3. Debtors' principal, Thomas Macey, executed the Retainer Agreements and acknowledged therein that the initial retainers he paid of $5,000 for each debtor were not flat fee retainers.

4. On July 8, 2014, an order was entered providing for the Debtors' cases to be jointly administered for procedural purposes.

5.    On November 10, 2014, W&M received a payment of $15,000 on account of continued professional services rendered to the Debtors post-petition.

6.    Payment was received directly from Thomas Macey and not from estate property.

7.    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to W&M for representation of the debtors in this bankruptcy proceeding.

Dated:  New York, New York
        November 11, 2014

WELTMAN & MOSKOWITZ, LLP
*Attorneys for Debtors*

By: _____
    MICHAEL L. MOSKOWITZ
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800

## CERTIFICATE OF SERVICE

I, JENNNIFER GUTTENPLAN, certify that I am, and at all times hereinafter was, more than eighteen (18) years of age, that on the 11th day of November, 2014, I served a copy of the foregoing document filed in this proceeding by first-class mail, postage prepaid on the United States Trustee, the Chapter 7 trustee, and Mr. Thomas Macey. I certify under penalty of perjury that the foregoing is true and correct.

_____
JENNIFER GUTTENPLAN