Jil Mazer-Marino, Chapter 7 Trustee
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Phone: (516) 357-3700
Fax: (516) 357-3792

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

JACOBY & MEYERS – BANRUPTCY LLP,
et al.,
                       Debtors.
-----------------------------------------------------------x

Chapter 7
Case No. 14-10641 (SCC)
(Jointly Administered)

## STATUS REPORT

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

        Jil Mazer-Marino, the trustee for the above-captioned chapter 7 estate (the "**Trustee**"), as and for her *Status Report*, respectfully represents as follows:

        1.     The Trustee is the plaintiff in the adversary proceeding captioned *Mazer-Marino v. Macey, et al.*, Adv. Pro. No. 15-02225. The claims asserted in the adversary proceeding are the estate's only assets.

        2.     The defendants remaining in the case have moved to dismiss the case. That motion is *sub judice*.

3. In the interim, the Trustee has taken discovery of defendants and is engaged in discussions with defendant's counsel in an effort to resolve the estate's claims against the remaining defendants.

Dated: Garden City, New York
August 8, 2019

/s/ Jil Mazer-Marino
Jil Mazer-Marino, Chapter 7 Trustee
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700

1776506